# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN ROCHA,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>B. BIRKHOLTZ, Warden,<br><br>　　　　　Respondent. | Case No. 2:22-cv-05401-GW (PD)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions. Accordingly, the Petition is dismissed without prejudice.

DATED: June 5, 2023.

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE