JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN ROCHA, <br>     Petitioner, <br>   v. <br> B. BIRKHOLTZ, Warden, <br>     Respondent. | Case No. 2:22-cv-05401-GW (PD) <br><br> **JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: June 5, 2023.

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE